# Charny & Wheeler P.C.

Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)　　　　　　　　　　　　　　　　　　　　9 West Market Street
Russell G. Wheeler　　　　　　　　　　　　　　　　　　　　　　　　　Rhinebeck, New York 12572
Benjamin N. Dictor　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 845-876-7500
H. Joseph Cronen　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 845-876-7501

June 4, 2022

<u>By ECF</u>
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007



Re:　　Gresch v. United Parcel Service of America, Inc., et al.
　　　　Civil Action No. 1:21-cv-5383 (KPF)

Dear Judge Failla:

We represent Plaintiff in this employment-discrimination matter.  We write to request that the Court reschedule the telephonic discovery conference set for June 15, 2022, at 10am. (<u>See</u> Dkt. #42.)  I have attempted to confer with defense counsel regarding this request, but I have not heard back yet.  Given the time-sensitive nature of this request, we have elected to proceed with it regardless.

We are requesting a different date because I have a previously scheduled in-person arbitration calendared for June 15, 2022.[1]  Accordingly, we request that the Court reschedule the conference.  If any of the following times are convenient for the Court, we propose holding the conference on June 9, June 13 before 1pm, June 14 at 1pm or later, or in the afternoon of June 16.

This is the first request to reschedule this conference.  It would not directly impact any other deadlines.

We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　*H. Joseph Cronen*

　　　　　　　　　　　　　　　　　　　H. Joseph Cronen

cc:　　All Counsel (by ECF)

---

[1] The arbitration will be before Arbitrator Carol Hoffman.  It is for Public Employment Relations Board Case Number A2022-004, and it is between the Village of Tarrytown and the Civil Service Employees Association.

Application GRANTED.  The telephonic conference currently scheduled for June 15, 2022, is hereby ADJOURNED to **June 14, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 43.

Dated:  June 6, 2022
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE